```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

DONNY D. INGRAM,                     :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :
                                     :   CIVIL ACTION 15-638-M
CAROLYN W. COLVIN,                   :
Social Security Commissioner,        :
                                     :
    Defendant.                       :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Donny D. Ingram.

DONE this 28th day of June, 2016.


                                        s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE